*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                    NO.   4:09CR00107-001 SWW

ROBERT JUNIOR BLEDSOE

### ORDER

Pending before the Court is defendant's unopposed motion to continue the sentencing hearing scheduled for September 1, 2009, for the above-named defendant. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #21] for the above defendant shall be, and it hereby is, ***GRANTED*** and the sentencing hearing will be rescheduled for ***TUESDAY, DECEMBER 15, 2009 at 1:00 p.m.*** in Little Rock, Arkansas.

IT IS FURTHER ORDERED that counsel shall file a status report of the pending legislation to reduce the mandatory penalties for crack cocaine on or before the scheduled sentencing date.  The Court is granting this motion in part because defendant is already detained.  The Court is not intending to imply that it will readily grant other similar motions from other defendants.

IT IS SO ORDERED this 1st day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE