# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                         NO. 4:09CR00107-001 SWW

ROBERT JUNIOR BLEDSOE

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that due to a clerical error, the Judgment & Commitment as to the above-named defendant should be amended to reflect *that the sentence imposed should run **concurrently** to any undischarged term of imprisonment.*

IT IS THEREFORE ORDERED that the Judgment and Commitment (doc #31) be amended to reflect **ONE HUNDRED & TWENTY (120) MONTHS IMPRISONMENT to be served concurrently to any undischarged term of imprisonment**, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 31st day of August 2010.

/s/Susan Webber Wright
United States District Judge