# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**               **4:09-CR-00107-01-SWW**

**ROBERT JUNIOR BLEDSOE**

## ORDER

Pending is Defendant's *pro se* Motion to Reduce Based on the Fair Sentencing Act (Doc. No. 48).

Defendant was sentenced as a "career offender" under U.S.S.G. § 4B1.1. Since Defendant was responsible for 103.10 grams of crack, his base offense level was 37. After receiving a 3-point reduction for acceptance, Defendant had a total offense level of 34 and a criminal history category of VI. His guideline range was 262 to 327 months. For reasons unrelated to the drug quantity table, Defendant was sentenced to 120 months on August 25, 2010.[1]

Since sentencing, the statutory minimum for Defendant's offense was reduced from 10 years to 5 years. As a career criminal, his new base offense level would be a 34. With a total offense level of 31 and criminal history category VI, his new Guidelines range would be 188 to 235 months.

However, Defendant's 120 month sentence is less than the new Guidelines range. Section 1B1.10(b)(2) of the Guidelines reads:

> Except as provided in subdivision (B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1) of this subsection.[2]

---

[1] Doc. Nos. 30, 31.

[2] U.S. SENTENCING GUIDELINES MANUAL § 1B1.10 (2011).

2

The exception mentioned in subdivision (B) is for substantial assistance, which is not applicable in this case. Based on § 1B1.10(b)(2)(A), since Defendant's sentence is already less than the amended guideline range and he does not qualify for the substantial assistance exception, Defendant is not entitled to a reduction.

Accordingly, Defendant's Motion to Reduce Based on the Fair Sentencing Act (Doc. No. 48) is DENIED.

IT IS SO ORDERED this 5th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE