**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                   **4:09-CR-00107-01-SWW**

**ROBERT JUNIOR BLEDSOE**

## ORDER

Defendant's *pro se* Motion to Reduce Based on the USSG Amendment 782 (Doc. No. 89) is DENIED.

First, no person is entitled to relief under Amendment 782 (assuming the USSG's recommendation is accepted by Congress) until November 1, 2015, at the earliest.

Second, even if Amendment 782 were currently in effect, Defendant would not qualify for relief. Defendant was sentenced to 120 months in prison, which was based on the statute not the Guidelines. Additionally, as set out in the September 5, 2012 and May 3, 2013 Orders,[1] Defendant was a career criminal, who had a total offense level of 31 and criminal history category VI. Even assuming Defendant were entitled to a 2 point reduction (and he may not be based on his career offender status), his range still would be 151-188 months, which is higher than his 120 months sentence.

IT IS SO ORDERED this 22nd day of September, 2014.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 49, 64.